In the Matter of TICO LEE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [665 NYS2d 159] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination that petitioner

violated inmate rule 113.10 (7 NYCRR 270.2 [B] [14] [i]), prohibiting the possession of contraband that may be classified as a weapon, is supported by substantial evidence (*see, Matter of Torres v Coughlin,* 213 AD2d 861). The metal shank was found under petitioner's locker in an area over which petitioner had control. That evidence " 'is sufficient to give rise to a reasonable inference of petitioner's possession of the weapon, an inference which is not defeated by the fact that other inmates had access to [that] area' " (*Matter of Hawkins v Coombe,* 225 AD2d 1095, 1096, quoting *Matter of Torres v Coughlin, supra,* at 861). The denial by petitioner that the weapon was his and his assertion that he was "set up" presented issues of credibility for the Hearing Officer (*see, Matter of Hay v Coombe,* 229 AD2d 1015, *lv denied* 88 NY2d 816). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Lawton, Wisner, Balio and Fallon, JJ.